ORDERED.

**Dated: May 22, 2026**

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

| | |
|---|---|
| MIGUEL ANGEL RODRIGUEZ,<br><br>Debtor.<br>_______________________/ | Case No.: 8:25-bk-04820-RCT<br>Chapter 7 |
| ANGELA WELCH, as Chapter 7<br>Trustee of the estate of<br>MIGUEL ANGEL RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>FUNDO LLC,<br>a Florida limited liability company,<br><br>Defendant.<br>_______________________/ | Adv. No.: 8:25-ap-00372-RCT |

**FINAL DEFAULT JUDGMENT AGAINST**
**DEFENDANT, FUNDO LLC**

**THIS CAUSE** having come before the Court on Plaintiff's, Angela Welch, the Chapter 7 Trustee of the bankruptcy estate of Miguel Angel Rodriguez, Motion for Judgment by Default against Fundo LLC (the "Motion," Doc. No. 7). The Court having reviewed the Motion and being otherwise fully advised in the premises, has entered an

Order granting the Motion, (Doc. No. 8), and now finds that a Final Default Judgment is appropriate and should be entered. It is accordingly **ORDERED:**

1. Final Default Judgment is entered in favor of Plaintiff and against Defendant, Fundo LLC, a Florida limited liability company.
2. Plaintiff is entitled to recover from Defendant the total sum of THREE THOUSAND FOUR HUNDRED FIFTY-FOUR AND 50/100 DOLLARS, ($3,454.50), plus post-judgment interest at the current statutory rate and any post-judgment attorney's fees and costs.
3. This Final Default Judgment will bear interest from the date of entry in accordance with 28 U.S.C. §1961.
4. This Court does not retain jurisdiction to issue post-judgment enforcement orders or writs. Enforcement of this Final Judgment may be through any appropriate state or federal court of competent jurisdiction.

ALL FOR WHICH LET EXECUTION ISSUE.

The Clerk's office shall serve a copy of this judgment on all interested parties.